UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| LEISA GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CV622-085 |
| | ) | |
| GEORGIA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the parties' Joint Motion to Stay Discovery. Doc. 39. The parties indicate that they are scheduled to mediate this case on August 21, 2023, and ask that this case be stayed pending the mediation. *Id.* at 2. For good cause shown, the joint motion is **GRANTED**, doc. 39, and all deadlines in this case are **STAYED** pending the mediation. The parties are **DIRECTED** to file a joint status report no later than 7 days after the mediation's conclusion updating the Court on its outcome. If

the mediation is unsuccessful, the joint status report must include proposed deadlines for the remainder of discovery in this case.

**SO ORDERED**, this 6th day of July, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA