# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| LEISA GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV622-085 |
| | ) | |
| GEORGIA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court previously stayed this case pending the parties' mediation. Doc. 40. As directed, the parties have submitted a joint status report informing the Court that the mediation was successful and they reached a settlement. Doc. 43. They indicate that "[d]ismissal paperwork will follow." *Id.* at 1. If the parties do not file the anticipated dismissal by September 27, 2023, they are **DIRECTED** to file another joint status report by that date updating the Court on the status of their settlement and when they anticipate such dismissal will be filed.

**SO ORDERED**, this 20th day of September, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA