IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| LEISA GARCIA, as mother and next of kin of Branden Allen Peters, Deceased, and as Temporary Administratrix of the Estate of Branden Allen Peters, | * * * * * * * | |
| Plaintiff, | * * | CV 622-085 |
| v. | * * | |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | * * * | |
| Defendants. | * | |

O R D E R

Before the Court is Plaintiff and Defendants Marquette Sistrunk, Javaka Johnson, Michael Anderson, Henry Wimberly, Brandy Carter, the Board of Regents of the University System of Georgia, and the Georgia Department of Corrections's stipulation of dismissal with prejudice. (Doc. 52.) All appearing Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and

deadlines and **CLOSE** this case.[1]  Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of November, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court notes the stipulation does not mention non-appearing party Defendant F.N.U. Watkins.  The stipulation, however, clearly dismisses all claims alleged against all named defendants, including Defendant F.N.U. Watkins.  (Doc. 52, at 1.)  "Accordingly, by the terms of Rule 41(a)(1)(A)(ii), which means precisely what it says, the action itself — not specific claims and not specific defendants — [is] dismissed."  Est. of West v. Smith, 9 F.4th 1361, 1367 (11th Cir. 2021).